The People of the State of New York, Respondent, v. Anthony S. Harpending, Appellant.— Judgment of conviction reversed and new trial granted. Held, that there were errors committed by the court in the charge and in the admission of evidence. All concurred.

Carmine Talarico, Appellant, v. Merrell-Soule Company, Respondent.— Judgment affirmed, with costs. All concurred.

Joseph Doremus, Respondent, v. The Baker Theater Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except Robson, J., who dissented.

Patrick Manning, Respondent, v. Delaware, Lackawanna and Western Railroad Company, Appellant.— Judgment and order reversed, and new trial ordered, with costs to appellant to abide event. Held, that the verdict of the jury was contrary to and against the weight of the evidence. All concurred, McLennan, P. J., and Spring, J., voting for reversal upon the ground that the evidence fails to show that the defendant was guilty of negligence which caused or contributed to the injury complained of.

American Ferrofix Brazing Company, Respondent, v. Nathaniel R. Potter and George R. McAllaster, Appellants.— Order affirmed, with costs. All concurred.

Frank Manhard, Respondent, v. V. Mott Pierce, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Andrew Marko, Respondent, v. Genesee Furnace Company, Appellant.— Motion for leave to appeal to the Court of Appeals denied, without costs.

Nellie H. Lamphear, as Administratrix, etc., of Silas A. Lamphear, Deceased, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except Robson, J., who dissented.

Francis J. Quinn, Respondent, v. The Sun Printing and Publishing Association, Appellant.— Interlocutory judgment affirmed, with costs, upon the authority of *Soper* v. *Associated Press* (115 App. Div. 815; affd., 188 N. Y. 550), with leave to the defendant to plead over upon payment of the costs of the demurrer and of this appeal. All concurred.

William Cobb, Appellant, v. William Crittenden, Respondent.— Judgment modified by deducting therefrom the amount awarded to the defendant, eighty-seven dollars and sixty-three cents, with interest thereon from July 2, 1903, and thirty dollars, with interest thereon from May 31, 1901, and as so modified affirmed, without costs of this appeal to either party. All concurred; McLennan, P. J., not sitting.

Robert Jones and William Galvin, Appellants, v. Delaware, Lackawanna and Western Railroad Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Robert Jones and William Galvin, Appellants, v. Delaware, Lackawanna and Western Railroad Company, Respondent.— Judgment affirmed, with costs. All concurred.

Anna R. Peters, as Administratrix, etc., of John W. Peters, Deceased, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except